**Bertha Mae GRIFFIN, Defendant-Appellant.**

No. 30360

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 7, 1971.

**Miquel SUAREZ, Plaintiff-Appellant-Cross Appellee,**

v.

**Charles Edward WEST and Anthony Luciano, Defendants-Appellees-Cross Appellants.**

No. 30779

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 10, 1971.

Dennis J. Lanahan, Jr., Jacksonville, Fla., (Court Appointed), for defendant-appellant.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409. Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Edward A. Perse, Carey, Dwyer, Austin, Cole & Selwood, P. A., Miami, Fla., for plaintiff-appellant.

Henry Burnett, Miami, Fla., for defendants-appellees; Fowler, White, Humkey, Burnett, Hurley & Banick, P. A., Miami, Fla., of counsel, for appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

The appellees' motion to dismiss the cross-appeal is granted.